USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 12, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JOSE ANTONETTI,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.

----------------------------------------------------------X

02-CR-1232 (KMW)

18-CV-7239 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Due to a conflict in the Court's calendar, the hearing currently scheduled for October 20, 2020, is moved to October 21, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
       August 12, 2020

                          /s/ Kimba M. Wood
                          KIMBA M. WOOD
                    United States District Judge