UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JOSE ANTONETTI,

                    Petitioner,

-against

UNITED STATES OF AMERICA,

                    Respondent.

-------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/20
```

**ORDER**
19 CV 7239 (KMW)
02 CR 1232 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference, for the Petitioner's resentencing, on Wednesday,

October 21, 2020, at 11:00 a.m.

To join the teleconference, the parties should dial 888-363-4749 and enter access code

1613818.

      SO ORDERED.

Dated: New York, New York
       October 13, 2020

                                 _Kimba m. Wood_
                                   KIMBA M. WOOD
                      UNITED STATES DISTRICT JUDGE