UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/20

-against-

**ORDER**
02 CR1232 (KMW)

JOSE ANTONETTI,

Defendant.
------------------------------------------------------------------x

To: U.S. Marshals Office

**It is hereby Ordered**:

That the defendant, Jose Antonetti, Reg. # 54543-054, having been re-sentenced in the above case to 105 months'(which is a sentence of Time Served); The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated: New York, New York
       October 21, 2020

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE